DAVID W. SCOFIELD – 4140
**PETERS | SCOFIELD**
*A Professional Corporation*
7430 Creek Road, Suite 303
Sandy, Utah 84093-6160
Telephone:  (801) 322-2002
E-Mail:      dws@psplawyers.com

*Counsel for Plaintiff and the Putative Class*

### UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH

| | |
|---|---|
| NATHAN WALKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARB GAMING, LLC ET AL..,<br><br>Defendants. | **PLAINTIFF'S NOTICE OF NON-OPPOSITION TO MOTION TO COMPEL ARBITRATION AND TO STAY CASE (ECF No. 16)**<br><br>Case No. 2:25-cv-00991 |

Plaintiff Nathan Walker hereby submits this notice of non-opposition to the Motion to Compel Arbitration (ECF No. 16 (the "Motion")) filed by Defendants, so as to enable the arbitrator to decide threshold questions concerning the arbitrability of this dispute.  Plaintiff agrees with Defendants' position, as set forth in the Motion, that this matter should be stayed pending the completion of such arbitration.

Dated: April 20, 2026                      Respectfully submitted,

**PETERS | SCOFIELD**
*A Professional Corporation*

/s/ David W. Scofield
DAVID W. SCOFIELD


*Counsel for Plaintiff and Putative Class*