UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| NATHAN WALKER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ARB GAMING, LLC; and ARB INTERACTIVE INCORPORATED, <br><br> Defendants. | **ORDER GRANTING [16] MOTION TO COMPEL ARBITRATION** <br><br> Case No. 2:25-cv-00991-DBB-JCB <br><br> District Judge David Barlow |

Before the court is Defendants' Motion to Compel Arbitration.[1] Defendants argue that Plaintiff's claims, including questions about the arbitrability of those claims, are subject to an arbitration agreement that Plaintiff signed.[2] They ask the court to compel Plaintiff to submit his claims against defendants to arbitration and ask that the case be stayed until the completion of such arbitration.[3] Plaintiff filed a Notice of Non-Opposition to the Motion.[4]

In light of Defendants' arguments and Plaintiff's non-opposition, Defendants' [16] Motion to Compel Arbitration is GRANTED. It is hereby ORDERED that Plaintiff submit his claims against Defendants to arbitration pursuant to the parties' agreement and that the case be STAYED while such arbitration is pending. The parties are ordered to file status reports every

---

[1] Motion to Compel Arbitration, ECF No. 16, filed Mar. 6, 2026.
[2] *Id.* at 8–9.
[3] *Id.* at i–ii.
[4] Notice of Non-Opposition to Motion to Compel Arbitration, ECF No. 20, filed Apr. 20, 2026.

ninety (90) days informing the court about the status of arbitration, with the first one due on July 21, 2026.

Signed April 22, 2026.

BY THE COURT

_____

David Barlow
United States District Judge